# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*

*HERBERT DINI III*

ELECTRONIC CRIMINAL COMPLAINT
(Redacted)

CASE NUMBER:

17-04164mJ-001-PCT-DMF

I, the undersigned, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about June 8, 2017, in Coconino County, in the District of Arizona, the defendant, HERBERT DINI III, did knowingly, intentionally, and forcibly assault, resist, oppose, impede, intimidate, and interfere with Bureau of Indian Affairs Police Officer S.P., a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while Officer S.P. was engaged in and on account of the performance of his official duties, and in doing so the defendant made physical contact with Officer S.P. and inflicted bodily injury on Officer S.P., all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT 2

On or about June 8, 2017, in Coconino County, in the District of Arizona, the defendant, HERBERT DINI III, did knowingly escape and attempt to escape from custody of officers and employees of the United States, namely Bureau of Indian Affairs Correctional Officer J.C.B. and Bureau of Indian Affairs Police Officer S.P., and the escape and attempted escape occurred at the Bureau of Indian Affairs detention facility in Supai, Arizona, wherein the defendant was being held by virtue of his lawful arrest for a misdemeanor offense under the tribal laws of the Havasupai Indian Tribe, all in violation of Title 18, United States Code, Section 751(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: */s AUSA Paul Stearns*

__X__   Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

James E. Kraus, Jr., Special Agent, FBI
Complainant's Name and Title

Complainant's Signature

6-13-2017
Date

06/13/2017 / pm
Date/Time

Flagstaff, Arizona
City and State

Eileen S. Willett, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**REDACTED AFFIDAVIT**

The undersigned, being duly sworn, deposes and states as follows:

1. Your affiant, James E. Kraus, Jr., is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on (among other places) the Havasupai Indian Reservation within the District of Arizona.

2. The statements contained in this affidavit are based on your affiant's investigation and knowledge, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. This includes the reports written by the victim of the assault in this case. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed every fact known concerning this investigation.

### Introduction

3. This case involves the investigation of an escape from a federal jail facility and assault of a Bureau of Indian Affairs ("BIA") Police Officer. The offenses were committed on the Havasupai Indian Reservation (Indian Country), within the District of Arizona, by HERBERT DINI III ("DINI"), a 43-year old Native American male. DINI escaped, and/or attempted to escape, from a BIA jail facility in Supai, Arizona, in violation of 18 U.S.C. § 751. During that escape, DINI assaulted a federal officer, BIA Officer [REDACTED] ("S.P."), who was working in the course and scope of his duties as a federal law enforcement officer at that time, in violation of 18 U.S.C. § 111(a) and (b). S.P., who DINI physically assaulted (i.e., making actual physical

1

contact), sustained an injury to his arm right hand during the incident. The escape and assault occurred on June 8, 2017, in Supai, Arizona.

## Probable Cause

4. On June 8, 2017, S.P., working in official capacity as a federal law enforcement officer for the BIA in Supai, Arizona, responded to a report of HERBERT DINI III being intoxicated and causing a disturbance at the residence of [REDACTED] ("M.P."). According to S.P.'s report, upon arrival at M.P.'s residence, S.P. and a tourist office employee observed DINI kick and break into M.P.'s residence. S.P. approached DINI, who attempted to explain nothing was going on. S.P. detected an odor of alcohol emitting from DINI. DINI also had glossy watery eyes and a slurred speech. All of these things were indicators to S.P. that DINI was under the influence of alcohol in a public area, which is a misdemeanor violation under tribal law.

5. S.P. informed DINI that he was being placed under arrest for misdemeanor public intoxication under the tribal law and order code, and S.P. read DINI his tribal and Miranda rights. DINI was taken by S.P. to the Havasupai Adult Holding Facility ("HAHF"), which is a jail facility in Supai, Arizona that is operated by the BIA. According to S.P.'s report, during the transport to the HAHF, DINI appeared highly upset and requested that S.P. let him go free.

6. At the HAHF, BIA Correctional Officer [REDACTED] ("J.C.B.") started the booking process. This occurred inside the HAHF, which houses the jail cells and is an office area for the BIA law enforcement officers in Supai. The processing area for the HAHF is next to the front door of the facility, which, while requiring a code to enter, does not require a code to exit.

7. DINI asked J.C.B why he was in the jail facility. S.P. again told DINI that he was being charged with public intoxication under the tribal code. DINI, who was sitting unrestrained

at the booking bench, stood up, opened the front door, and ran out of the HAHF toward the main trail in Supai.[1]

8. S.P. observed the escape, gave chase, and caught up to DINI near the water irrigation canal in front of the tribal courts. DINI stumbled and hit the ground head first, causing a half-inch center meter laceration near his right eyebrow. S.P. attempted to tackle DINI; however, DINI extended his right arm and grabbed ahold of S.P.'s vest. S.P. was able to prone DINI out on the ground and manipulated DINI's right hand behind DINI's back. DINI was placed in an arm bar and brought to his feet. DINI continued to resist by pulling away from S.P., and DINI swung his fists wildly in S.P.'s direction. S.P. was able to place DINI in a reverse gooseneck hold. DINI threw himself on the cement floor, nearly taking S.P. to the ground with DINI. During this portion of the incident, DINI landed on S.P.'s hand. This bruised and injured S.P.'s hand as described further below.

9. S.P. was able bring DINI back into HAHF. S.P. held down DINI while J.C.B. placed handcuffs on DINI. DINI continued to act disorderly and made death threats toward S.P., including telling S.P. that he (DINI) was going to find, stab, and kill S.P. While at the jail, DINI stated to S.P., "I'm going to kill you" again, got up from the bench, and came toward S.P. DINI lifted his foot in what appeared to be an effort to kick S.P.; however, DINI was subdued by J.C.B.

---

[1] Supai is within the confines of the Havasupai Indian Reservation. Supai is at the bottom of the Grand Canyon, and it is a popular tourist destination for hikers. There are no roads into or out of Supai. In fact, there are no cars in Supai, although there are a few all terrain vehicles that can traverse the dirt/gravel trails that are within the village. Supai is generally accessed by hiking an eight-mile trail from Hualapai "Hilltop" – which is a parking area with a helipad – down into the village. There are trails in the village, including the "main trail" that starts at Hilltop and goes through Supai to a camping area for tourist/hikers.

DINI was taken to the medical clinic in Supai. While at the medical clinic, DINI continued to make verbal threats to S.P.

10. DINI was initially arrested on tribal charges, but was then flown out of Supai by helicopter for further medical treatment.

11. A doctor at the Kingman Hospital later examined S.P. X-ray's showed that S.P.'s right hand was not broken but that S.P. suffered a severe contusion to his right hand. S.P.'s injuries occurred while DINI resisted arrest and assaulted S.P.

12. The incidents described above occurred within the boundaries of the Havasupai Indian Reservation, in Coconino County, in the District of Arizona.

13. Based on the foregoing, your affiant believes that there is probable cause to support that HERBERT DINI III committed an assault on a federal officer, in violation of 18 U.S.C. § 111(a) & (b) and that DINI escaped and attempted to escape from the custody of officers and employees of the United States pursuant to a lawful misdemeanor arrest under tribal law, in violation of 18 U.S.C. § 751(a).

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

6-13-2017
Executed on (Date)

_____
James E. Kraus, Jr., Special Agent, FBI

X  Sworn by Telephone

Date/Time: 06/13/2017  1 pm

_____
Eileen S. Willett, United States Magistrate Judge

4