✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ KamM DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Herbert Dini III,<br><br>　　　　Defendant. | CR-17-08162-PCT-SPL(ESW)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 111(a)(1) and (b)<br>(Assault on a Federal Officer with Physical Contact and Injury to Officer)<br>Count 1<br><br>18 U.S.C. § 751(a)<br>(Escape from Custody of an Officer or Employee of the United States)<br>Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about June 8, 2017, in the District of Arizona, the defendant, HERBERT DINI III, did intentionally, knowingly, and recklessly forcibly assault, resist, oppose, impede, intimidate, and interfere with Bureau of Indian Affairs Officer S.P., a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while Officer S.P. was engaged in and on account of performance of official duties, and in doing so the defendant made physical contact with Officer S.P. and inflicted bodily injury on Officer S.P..

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT 2

On or about June 8, 2017, in the District of Arizona, the defendant, HERBERT DINI

III, did knowingly escape and attempt to escape from custody of officers and employees of the United States, namely Bureau of Indian Affairs Correctional Officer J.C.B. and Bureau of Indian Affairs Officer S.P., and the escape and attempted escape occurred at the Bureau of Indian Affairs detention facility in Supai, Arizona, wherein the defendant was being held by virtue of his lawful arrest for a misdemeanor offense under the tribal laws of the Havasupai Indian Tribe.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: July 11, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/*
ALEXANDER W. SAMUELS
Assistant U.S. Attorney